CH-72-CA 93

CIVIL DOCKET

UNITED STATES DISTRICT COURT

Jury demand date:

D. C. Form No. 106A Rev.

DRK

| TITLE OF CASE | ATTORNEYS |
|---|---|
| FRANCES L. MARTIN | For plaintiff:<br>John C. Palmer, IV<br>P.O. Box 951<br>Charleston, West Virginia 25323<br>Phone: 342-0129 |
| V | |
| GEORGE T. MARTIN | For defendant:<br>Robert H. C. Kay<br>1616 Charleston National Plaza<br>Charleston, West Virginia 25301<br>Phone: 343-4831 |

| STATISTICAL RECORD | COSTS | | | DATE | NAME OR RECEIPT NO. | REC. | | DISB. | |
|---|---|---|---|---|---|---|---|---|---|
| J.S. 5 mailed | Clerk | | | 4/18/72 | 59376 | 15 | 00 | | |
| | | | | 4/24 | US Dep. #24 | | | 15 | 00 |
| J.S. 6 mailed | Marshal | | | | | | | | |
| Basis of Action: Removed from Circuit Ct. Kanawha County Action for Breach of Contract [illegible] of separation contract before divorce. | Docket fee | | | | | | | | |
| | Witness fees | | | | | | | | |
| Action arose at: | Depositions | | | | | | | | |

FPI MI—10-24-69-20M-4125

| DATE 1972 | PROCEEDINGS DRK | Date Order or Judgment Noted |
|---|---|---|
| Apr. 18 | (1) Filed petition for removal from the Circuit Court of Kanawha County | |
| | (2) Filed Removal Bond | |
| | (3) Filed Proof of Notice of Removal | |
| 19 | (4) Filed plfts Motion to Remand Removed Action and Notice of Motion to Remand Removed Action with cert. of service | |
| Apr 21 | (5) Order, remanding to Circuit Court of Kanawha County, defdt to pay costs (C.O.B. 29, P. ) | Hall |
| 24 | Mailed certified copy of order of 4/21/72 to Circuit Clerk and counsel | |